162 F.3d 1150
 1998-2 Trade Cases P 72,221
 Alvord-Polk, Inc., American Blind Factory, Inc., Delta Paint
and Wallpaper Supply Co., Inc., Fairman Wallpaper and Paint
Company, Frank R. Yocum, t/a Frank R. Yocum & Sons Wallpaper
Co., Harry's Wallpaper, Inc., Lancaster Carpet Mart, Inc.,
Marvin Kolsky, t/a Headquarters Windows & Walls, Silver
Wallpaper & Paint Co., Inc., Yankee Wallcoverings, Yankee
Wallcoverings, Inc.
v.
F. Schumacher & Co., National Decorating Products Association, Inc.
 NOS. 97-1609, 97-1610
 United States Court of Appeals,
Third Circuit.
 June 18, 1998
 Appeal From: E.D.Pa. ,No.90cv03617
 
 1
 Affirmed in part, Reversed in part.